LOUISE ELLIS, Respondent, *v.* ANN M. KELSEY et al., Appellants.

*Appeal — failure to file undertaking — motion to dismiss denied on filing of undertaking and payment of motion costs.*

Reported below, 214 App. Div. 784.

(Argued October 5, 1925; decided October 13, 1925.)

MOTION to dismiss the appeal of Hawley Chapman from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1925, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the ground that said

appellant had failed to file the required undertaking on appeal.

*Eugene A. Sherpick* for motion.

*Patrick E. Callahan* opposed.

Motion that counsel for respondent be directed to accept service of a copy of the undertaking filed, with notice of such filing, granted on payment of ten dollars costs by appellant. Motion to dismiss appeal denied on compliance by appellant with above condition; otherwise granted.